## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP  DIVISION

| | | |
|---|---|---|
| **RED RIVER COAL COMPANY, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17CV00021 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **THE SIERRA CLUB, ET AL.,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

The companion case to this action, Southern Appalachian Mountain Stewards, et al., v. Red River Coal Company, Inc., 2:17CV00028, is pending on appeal, Case No. 19-2194 (4th Cir. Docketed Oct. 29, 2019) and no proceedings are required in this action at this time.  For administrative purposes only, the Clerk shall close this case without prejudice.  It may be reopened upon the application of any party.

It is so **ORDERED**.

ENTER:   September 30, 2020

/s/  JAMES P. JONES
United States District Judge